UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| Keith Price, as the Administrator of the Estate of Jonathan Price | | Plaintiff |
| v. | Cause No. | 4:23-cv-121-GNS |
| Muhlenberg County, Kentucky; Terry Nunley | | Defendants |

## COMPLAINT AND JURY TRIAL DEMAND

The Plaintiff, Keith Price, as the Administrator of the Estate of Jonathan Price, for his Complaint against the Defendants, states as follows.

## INTRODUCTION

1. The Plaintiff, Keith Price, as the Administrator of the Estate of Jonathan Price, brings this claim for injuries suffered by Jonathan Price while he was incarcerated at the Muhlenberg County Detention Center ("MCDC") and for his death resulting from those injuries. Jonathan Price died in May 2023 due to the injuries he suffered.

2. The Plaintiff brings claims pursuant to both Kentucky state law and federal law, including violations of the constitutional rights of Jonathan Price.

## PARTIES

3. The District Court of McLean County, Kentucky appointed Keith Price as the Administrator of the Estate of Jonathan Price on October 24, 2023. Keith Price is the father of Jonathan Price.

1

4. The Defendant, Muhlenberg County, Kentucky is a unit of local government organized pursuant to the laws of the Commonwealth of Kentucky. It is a "person" for purposes of 42 USC § 1983 and acted under color of state law for all purposes of this cause of action. This Defendant operates the MCDC.

5. The Defendant, Terry Nunley, is the Jailer of Muhlenberg County, Kentucky. He is a "person" for purposes of 42 USC § 1983. He was acting under the color of state law at all times relevant to this cause of action. This claim is brought against him in both his individual and official capacities.

## VENUE AND JURISDICTION

7. 28 U.S.C. § 1331 and 28 U.S.C. § 1343 grant this Court jurisdiction over the Plaintiff's claims brought pursuant to 42 USC § 1983 and the United States Constitution.

8. 28 U.S.C. § 1367 grants this Court jurisdiction over the Plaintiff's claims brought pursuant to laws of the Commonwealth of Kentucky.

9. This Court is the proper venue for this cause of action pursuant to 28 U.S.C. § 1391.

## FACTS COMMON TO ALL COUNTS

10. Jonathan Price was an inmate at the MCDC from July 2022 to November 2022.

11. Sometime in early November 2022 Jonathan Price was the victim of a severe beating by another inmate.

12. Jonathan Price suffered personal injury due to this beating, including without limitation, an injury to his kidney.

13. The Defendants had a duty to protect Jonathan Price from physical abuse by other inmates. The Defendants failed in this duty.

14. Employees of the MCDC became aware of Jonathan Price's injuries but failed to provide him with proper medical care. The Defendants acted with deliberate indifference with regard to providing proper medical care.

15. The Defendants waited approximately three (3) weeks before having Jonathan Price transferred to a hospital even though he had suffered a severe injury.

16. Jonathan Price was hospitalized for several months after the transfer to a hospital.

17. Jonathan Price died on May 4, 2023 due to the injuries he suffered in the MCDC.

## COUNT I- 42 U.S.C. § 1983 (all Defendants)

18. The allegations of Paragraphs 1 through 17 are incorporated herein by reference.

19. The Defendants, acting under the color of state law, deprived Jonathan Price of rights guaranteed to him by the Eighth and Fourteenth Amendments to the United States Constitution. These rights include: (1) the right to be free from excessive force; (2) the right to due process; (3) the right to be free from cruel and excessive punishment; and (4) the right to equal protection under the law.

20. The Plaintiff brings a claim against all Defendants pursuant to 42 U.S.C. § 1983 for these deprivations of Jonathan Price's constitutional rights.

## COUNT II – NEGLIGENCE (All Defendants)

21. The allegations of Paragraphs 1 through 20 are incorporated herein by reference.

22. The Defendants had a duty of reasonable care to Jonathan Price.

23. The Defendants breached this duty, and these breaches caused harm to Jonathan Price.

24. The Defendants are liable to the Plaintiff for Jonathan Price's injuries and for his death.

## JURY DEMAND

The Plaintiff requests a trial by jury on all issues.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff, Keith Price, as the Administrator of the Estate of Jonathan Price, respectfully requests this Court enter judgment in his favor and against the Defendants as follows: (1) granting him all compensatory damages available under state and federal law; (2) granting him punitive damages; (3) granting him reasonable attorneys' fees and costs; (4) granting pre and post-judgment interest; and (5) granting all other relief just and proper in the premises.

**GERLING LAW OFFICES. P.C.**

By: /s/ James E. Stoltz
James E. Stoltz
Attorney at Law
519 Main Street
Evansville, IN 47708
Tel: 812-423-5251
Email: jim@gerlinglaw.com
Counsel for the Plaintiff