UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:23-CV-00121-GNS-HBB

KEITH PRICE,
as Administrator of
the Estate of Jonathan Price                                                PLAINTIFF

v.

MUHLENBERG COUNTY, KENTUCKY et al.                           DEFENDANTS

## **JUDGMENT**

This matter is before the Court on Defendants' Motion for Judgment on the Pleadings

(DN 11), and the Court on this date having issued its Memorandum Opinion and Order granting

the motion.

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED**.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

April 12, 2024

cc:    counsel of record